**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**"IN ADMIRALTY"**

INTERNATIONAL SHIP REPAIR
AND MARINE SERVICES, INC.

Plaintiff,

v. CASE NO.: 8:26-cv-1805

Eco III,

Defendant, in rem.

_________________________________/

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(I)(A)(i) and Local Rule 3.09, International Ship Repair and Marine Services, Inc. files this Notice of Voluntary Dismissal, dismissing the above-captioned action with prejudice, all parties to bear their own costs.

Dated: October 20, 2026

Respectfully submitted,

/s/Paul E. Parrish
Paul E. Parrish, Esq.
PARRISH LAW, P.A.
Fla. Bar No.: 373117
Jeffrey P. Bristol, Esq.
Fla. Bar No.: 1022461
605 S. Palm Avenue, Suite B
Titusville, FL 32796

T: (321) 622-4882
Email:
Paul.parrish@theparrishlaw.com
Jeffrey.bristol@theparrishlaw.com
Secondary:
Nichole.perez@theparrishlaw.com
Ashli.scott@theparrishlaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 20, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

/s/ Paul E. Parrish
Paul E. Parrish